IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael E. Dale,  Case No. 3:15CV1762

      Plaintiff,

  v.  **JUDGMENT ENTRY**

Selene Finance LP, et al.,

      Defendants

    For the reasons stated in the order filed contemporaneously with this judgment, it is hereby ORDERED THAT: defendants' motion for summary judgment (Doc. 19) be, and the same hereby is, granted.

    So ordered.

/s/ James G. Carr
Sr. U.S. District Judge